845 A.2d 585

IN THE MATTER OF MICHAEL A. MCLAUGHLIN, SR., AN
ATTORNEY AT LAW (ATTORNEY NO. 004561999).

March 11, 2004.

## ORDER

The Disciplinary Review Board having filed with the Court its
decision in DRB 03–236, concluding that **MICHAEL A.
McLAUGHLIN, SR.,** of **KENILWORTH,** who was admitted to
the bar of this State in 1999, should be reprimanded for violating
*RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrep-
resentation);

And the Disciplinary Review Board having further concluded
that respondent should be required to continue filing with the
Supreme Court Committee on Character quarterly reports attest-
ing to respondent's compliance with the Court's Order filed Sep-
tember 21, 1999, that requires respondent to refrain from the use
of alcohol and other intoxicating substances and continue to attend
meetings of Alcoholics Anonymous on a regular basis for an
additional period of two years;

And good cause appearing;

It is ORDERED that **MICHAEL A. McLAUGHLIN, SR.,** is
hereby reprimanded;  and it is further

ORDERED that respondent shall continue to file quarterly
reports with the Committee on Character as ordered by the Court
on September 21, 1999, for a period of two years and until the
further Order of the Court, effective immediately;  and it is
further

ORDERED that the entire record of this matter be made a
permanent part of respondent's file as an attorney at law of this
State;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.